*E-FILED 12-17-2009*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

David Jones,

                Plaintiff(s),

      v.

Associated Recovery Systems,

                Defendant(s).
_____/

CASE NO. CV 09-4246 HRL

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE)  (ADR L.R. 5)
✓      Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

        **Private Process:**
                Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
                the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓      other requested deadline <u>April 15, 2010</u>

Dated: 12/16/09

/s/ Michael Agruss
Attorney for Plaintiff

Dated: 12/16/09

/s/ Ben Mohandesi
Attorney for Defendant

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

## [PROPOSED] ORDER

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
-     Non-binding Arbitration
-     Early Neutral Evaluation (ENE)
- ✓ Mediation
-     Private ADR

Deadline for ADR session
-     90 days from the date of this order.
- ✓ other   April 15, 2010

IT IS SO ORDERED.

Dated: December 17, 2009

_____
Howard R. Lloyd
UNITED STATES MAGISTRATE JUDGE