*IT IS SO ORDERED*

*Judge James Ware*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID JONES, | Case No.: 09-cv-4246 JW |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| vs. | |
| ASSOCIATED RECOVERY SYSTEMS, | |
| Defendant. | |

    On January 22, 2010, Plaintiff notified the Court that the above-entitled matter has reached a settlement. (See Docket Item No. 17.) In light of the settlement, the Court vacates all trial and pretrial dates. On or before **March 12, 2010**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

    If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca on **March 22, 2010 at 9 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **March 12, 2010,** the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

    Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: February 9, 2010

_____
JAMES WARE
United States District Judge