# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

DAVID JONES,

    Plaintiff,

vs.

ASSOCIATED RECOVERY SYSTEMS,

    Defendant.

Case No.: 09-cv-4246

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: March 17, 2010

_____
The Honorable Judge
James Ware
United States District Judge

IT IS SO ORDERED
Judge James Ware